IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01287-LTB-MJW

JEANETTE ELMER,

Plaintiff,

v.

CLIENT SERVICES, INC., a Missouri corporation

Defendant.

## ANSWER TO COMPLAINT

Defendant Client Services, Inc., by and through its counsel of record, Hall & Evans, LLC, respectfully submits the following Answer to the Plaintiff's Complaint:

### JURISDICTION

1. Defendant admits the allegations in Paragraph 1 of the Complaint.

2. Defendant denies the allegations in Paragraph 2 of the Complaint that it committed violations of the Fair Debt Collection Practices Act.

### VENUE

3. Defendant admits the allegations in Paragraph 3 of the Complaint that venue is proper, that Plaintiff resides here, and that Defendant transacts business here. Defendant denies the remaining allegations in Paragraph 3 of the Complaint.

## PARTIES

4. Upon information and belief, Defendant admits the allegations in Paragraph 4 of the Complaint.

5. Defendant admits the allegations in Paragraph 5 of the Complaint.

6. Defendant admits the allegations in Paragraph 6 of the Complaint.

7. Defendant admits the allegations in Paragraph 7 of the Complaint.

8. Defendant admits the allegations in Paragraph 8 of the Complaint,.

9. Defendant admits the allegations in Paragraph 9 of the Complaint.

10. Defendant admits the allegations in Paragraph 10 of the Complaint.

11. Defendant admits the allegations in Paragraph 11 of the Complaint.

## FACTUAL ALLEGATIONS

12. Upon information and belief, Defendant admits the allegations in Paragraph 12 of the Complaint.

13. Upon information and belief, Defendant admits the allegations in Paragraph 13 of the Complaint.

14. Upon information and belief, Defendant admits the allegations in Paragraph 14 of the Complaint.

15. Upon information and belief, Defendant admits the allegations in Paragraph 15 of the Complaint.

16. Paragraph 16 of the Plaintiff's Complaint is a statement of the Plaintiff rather than an allegation of fact and, as such, no response is required by the Defendant. To the extent a response is required by the Defendant, the Defendant is without sufficient information and/or

knowledge to form a basis as to the statement contained in paragraph 16 of the Plaintiff's Complaint and, therefore, denies the statement contained in paragraph 16.

17. Paragraph 17 of the Plaintiff's Complaint is a request of the Plaintiff rather than an allegation of fact and, as such, no response is required by the Defendant. To the extent a response is required by the Defendant, Defendant states that it has ceased communication with Plaintiff.

18. Upon information and belief, Defendant admits the allegations in Paragraph 18 of the Complaint.

19. Upon information and belief, Defendant admits the allegations in paragraph 19 of the Complaint.

20. Upon information and belief, Defendant admits the allegations in paragraph 20 of the Complaint.

21. Upon information and belief, Defendant admits the allegations in paragraph 21 of the Complaint.

22. Defendant denies the allegations in paragraph 22 of the Complaint.

23. Defendant denies the allegations in paragraph 23 of the Complaint.

24. Defendant admits the allegations in paragraph 24 of the Complaint.

25. Defendant admits the allegations in paragraph 25 of the Complaint.

26. With respect to the allegations contained in paragraph 26 of the Plaintiff's Complaint, Defendant denies that the Defendant and/or representatives, employees and/or agents of the Defendant threatened to take the Plaintiff to Court. The remaining allegations contained in paragraph 26 of the Plaintiff's Complaint are statements of law rather than allegations of fact that

do not require a response by the Defendant. To the extent a response to those allegations is required by the Defendant, those allegations are denied.

27. With respect to the allegations contained in paragraph 27 of the Plaintiff's Complaint, Defendant denies that the Defendant and/or representatives, employees and/or agents of the Defendant threatened to take the Plaintiff to Court.

28. With respect to the allegations contained in paragraph 28 of the Plaintiff's Complaint, Defendant denies that the Defendant and/or representatives, employees and/or agents of the Defendant threatened to take a judgment against the Plaintiff. The remaining allegations contained in paragraph 28 of the Plaintiff's Complaint are statements of law rather than allegations of fact that do not require a response by the Defendant. To the extent a response to those allegations is required by the Defendant, those allegations are denied.

29. With respect to the allegations contained in paragraph 29 of the Plaintiff's Complaint, Defendant denies that the Defendant and/or representatives, employees and/or agents of the Defendant threatened to take a judgment against the Plaintiff.

30. Defendant denies the allegations in paragraph 30 of the Complaint.

31. Defendant denies the allegations in paragraph 31 of the Complaint.

32. Defendant denies the allegations in paragraph 32 of the Complaint.

33. Defendant denies the allegations in paragraph 33 of the Complaint.

34. Defendant denies the allegations in paragraph 34 of the Complaint.

35. Defendant denies the allegations in paragraph 35 of the Complaint.

36. Defendant denies the allegations in paragraph 36 of the Complaint.

## RESPONDEAT SUPERIOR

37.     Defendant admits the allegations contained in paragraph 37 of the Complaint.

38.     Upon information and belief, Defendant admits the allegations contained in paragraph 38 of the Complaint.

39.     Upon information and belief, Defendant admits the allegations contained in paragraph 39 of the Complaint.

40.     Upon information and belief, Defendant admits the allegations contained in paragraph 40 of the Complaint.

41.     Upon information and belief, Defendant admits the allegations contained in paragraph 41 of the Complaint.

42.     Defendant denies the allegations contained in paragraph 42 of the Complaint.

## COUNT I, FDCPA VIOLATIONS

43.     Defendant incorporates the previous paragraphs as if fully set forth herein.

44.     Defendant denies the allegations contained in paragraph 44 of the Complaint.

45.     Defendant denies the allegations contained in paragraph 45 of the Complaint.

46.     Defendant denies the allegations contained in paragraph 46 of the Complaint.

47.     Defendant denies each and every allegation contained in the Plaintiff's Complaint not specifically admitted herein.

## DEFENSES AND AFFIRMATIVE DEFENSES

1.      Plaintiff has failed to state any claims upon which relief may be granted.

2.  To the extent that the jury may find any violations of the Fair Debt Collection Practices Act, such alleged violations being expressly denied by Defendant, liability for any such alleged violations is barred by 15 U.S.C. §1692k(c).

3.  Any alleged act or omission causing any damage alleged by Plaintiff was not the result of willful or wanton conduct.

4.  Any alleged injuries sustained by Plaintiff was caused in whole or in part by the acts or omissions of persons other than Defendant, over whom Defendant had no control, or by the superseding intervention of causes outside Defendant's control.

5.  Defendant acted in good faith at all times and did not mislead, deceive, or misrepresent any facts to Plaintiff.

6.  Defendant is not the cause of any damage alleged by Plaintiff.

7.  Plaintiff has not suffered any actual damage(s).

8.  To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

9.  Plaintiff's claims may be barred by the applicable statute of limitations and/or statute of repose.

10.  Defendant's actions were unintentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error

11.  Defendant reserves the right to add additional defenses presently unknown to it according to facts that may become known during the course of discovery.

## JURY DEMAND

Defendant respectfully requests a trial by jury.

WHEREFORE Defendant respectfully request that the Court enter judgment against Plaintiff and award Defendant its costs and such other relief as the Court deems warranted.

Respectfully submitted this 4th day of August, 2009.

s/ Timothy M. Murphy
Timothy M. Murphy
HALL & EVANS, L.L.C.
1125 Seventeenth Street
Suite 600
Denver, Colorado
303-628-3311

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of August, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David M. Larson, Esq.
405 South Cascade Avenue, Suite 305
Colorado Springs, CO  80903
larsonlawoffice@gmail.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

NONE.

s/ Alicia Mels         .
Legal Secretary to
Timothy M. Murphy
HALL & EVANS, LLC
1125 Seventeenth Street
Suite 600
Denver, CO 80202
303-628-3339

H:\Users\MURPHYT\Elmer v. CSI\Final Answer to Complaint.doc