IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01287-LTB-MJW

JEANETTE ELMER,

    Plaintiff,

v.

CLIENT SERVICES, INC., a Missouri corporation,

    Defendant.

---

NOTICE OF SETTLEMENT

---

COMES NOW the parties by and through their attorneys of record and for their Notice of Settlement and hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to counsel. The parties expect this to happen by December 11, 2009.

Dated: December 1, 2009.

Respectfully submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Timothy M. Murphy |
| David M. Larson, Esq. | Timothy M. Murphy, Esq. |
| 405 S. Cascade Avenue Suite 305 | Hall & Evans, LLC |
| Colorado Springs, CO 80903 | 1125 17th Street Suite 600 |
| (719) 473-0006 | Denver, CO 80202 |
| Attorney for the Plaintiff | (303) 628-3300 |
| | Attorneys for the Defendant |