**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01287-LTB-MJW

JEANETTE ELMER,

        Plaintiff,

v.

CLIENT SERVICES, INC., a Missouri corporation,

        Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

      THE COURT having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises,

      ORDERS that this case is Dismissed with Prejudice, with each party to pay her

or its own attorney's fees and costs.

DATED: December 7, 2009

                        BY THE COURT:


                        ___s/Lewis T. Babcock___
                        Lewis T. Babcock, Judge